**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

HAROLD McMULLEN                                                                               PLAINTIFF

v.                                         NO.  3:07cv00202 JWC

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration                                                                       DEFENDANT

## JUDGMENT

  Judgment is hereby entered in accordance with the Court's Memorandum and Order entered this date.  This case is hereby reversed and remanded for action consistent with the Court's opinion.  This is a "sentence four" remand within the meaning of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

  IT IS SO ORDERED this 16th day of January, 2009.


_____
UNITED STATES MAGISTRATE JUDGE